IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:12-CV-23459-JAL ) ) ) |
| MICHAEL ALCOCER and INOVATRADE, INC., | ) ) ) ) |
| Defendants. | ) |

### ORDER GRANTING
### PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE ON DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 4(f)(3) and 4(h)(2), this Court hereby grants plaintiff U.S. Commodity Futures Trading Commission's (CFTC's) request (DE #12) for an order allowing alternative service of process on defendants Michael Alcocer (Alcocer) and InovaTrade, Inc. (InovaTrade). The CFTC may attempt service of process on both defendants—Alcocer individually and as an officer of InovaTrade—through (1) postage-prepaid international delivery service of a package to Alcocer (including a copy of this Order) at this Panamanian address:

> Michael Alcocer
> Torre Trump Ocean Club
> Apt. 812
> Punta Pacífica
> Corregimiento de San Francisco
> Panama, San Francisco;

and (2) email of the service packet (including a copy of this Order) to the following addresses:

michaelalcocer@mail.ru;

michael@inovatrade.com;

michaelalcocer@live.com; and

michaelalcocer@msn.com.

SO ORDERED, on 2/11/13 at 10:30 o'clock, A M, Miami, Florida.

~~JOAN A. LENARD~~ John O Sullivan
~~UNITED STATES DISTRICT JUDGE~~
SOUTHERN DISTRICT OF FLORIDA