IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:12-CV-23459-JAL

FILED BY___PG___D.C.

MAY 07 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

U.S. COMMODITY FUTURES TRADING COMMISSION,

Plaintiff,

versus

MICHAEL JOHN ALCOCER-ROA,

Defendant.

---

### DEFENDANT'S MOTION TO PROCEED IN FORMA PAUPERIS

---

The Defendant Michael John Alcocer-Roa, pro se, hereby moves this Honorable Court to grant his motion to proceed in **forma pauperis** pursuant to 28 U.S.C. §1915(a)(1) and Federal Rule of Appellate Procedure 24(a)(1). See Attachments (Affidavit, Financial Form, and Account Statements). This motion is filed pursuant to 28 U.S.C. §1654. (Related to C.O.A. 11th Cir., Case No. 20-11459.)

Respectfully Submitted,

_____ 5/1/20

Michael John Alcocer-Roa, Pro Se
Defendant

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY under perjury that today 1st of May, 2020, I placed a true and correct copy of the foregoing document in the prison mailing system pursuant to the prison

(1 of 2)

mailbox rule to be sent via U.S. Mail to the United States District Court for the Southern District of Florida, Hon. Joan A. Lenard, attention: Office of the Clerk, 400 N. Miami avenue 8N, Miami, Florida 33128.

Respectfully Submitted,

*[signature]* 5/1/20

Michael John Alcocer-Roa, Pro Se
Defendant
Reg. No. 63126-018
Federal Correctional Complex
Coleman Low / Unit C-2
P.O. Box 1031
Coleman, Florida 33521

Michael J. Blocker-Bro
Reg. No. 68126-018
Federal Correctional Complex
Coleman Low / Unit C-2
P.O. Box 1031
Coleman, Florida 33521

United States District Court
for the Southern District of Florida
Hon. Joan A. Seitz
Attention: Office of the Clerk
400 N. Miami Ave. 8N
Miami, Florida 33128

Legal Mail

USMS INSPECTED RECEIVED
MAY 07 2020
12:14 PM